IN THE

# DISTRICT COURT

FOR THE

## CITY AND COUNTY OF PHILADELPHIA.

1838.

PURDON v. PURDON, DEFENDANT, AND A GARNISHEE.

January 10, 1838.

*Rule to show cause why an alias attachment of execution should not be quashed.*

Where a writ of attachment of execution has been issued and served, and the plaintiff has not proceeded further in it, nor abandoned it, the issuing of an alias attachment of execution is irregular.

THIS was an alias attachment of execution. A previous writ had been issued, and garnishees had been duly summoned under the act of 16th June, 1836, relating to executions, and the plaintiff had not proceeded to judgment on it, or taken any other steps in relation to it.

*Norton*, for plaintiff.
*H. M. Phillips*, for defendant.

PER CURIAM.—This writ is irregularly issued. The first attachment of execution should be disposed of by judgment or abandonment before an alias can issue. For aught that appears, the plaintiff may have an ample resource under his first writ for payment of his debt. So, in general, a *fieri facias* must be returned before an *alias* can regularly be issued.

Rule absolute.